UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

'11 JAN 11 P2:19

v.

INDICTMENT

NO. 5:11CR2-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 853

JAMES A. BLANDING, JR. a/k/a "BJ"

The Grand Jury charges:

## COUNT 1

On or about July 6, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **JAMES A. BLANDING, JR. a/k/a "BJ,"** knowingly and intentionally distributed five (5) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 2

On or about July 9, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **JAMES A. BLANDING, JR. a/k/a "BJ,"** knowingly and intentionally distributed five (5) grams or more of a mixture and substance containing cocaine base, commonly

known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 3

On or about July 20, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **JAMES A. BLANDING, JR. a/k/a "BJ,"** knowingly and intentionally distributed five (5) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 4

On or about July 20, 2010, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **JAMES A. BLANDING, JR. a/k/a "BJ,"** knowingly and intentionally distributed five (5) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), as alleged in Counts 1 - 4 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JAMES A. BLANDING, JR. a/k/a "BJ,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offense, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations alleged in Counts 1 - 4 of this Indictment, including but not limited to $3,145.00 in U.S. Currency.

A TRUE BILL.


FOREPERSON

_____
DAVID J. HALE
United States Attorney

DJH:DS:101218

UNITED STATES OF AMERICA v. JAMES A. BLANDING, JR. a/k/a "BJ"

## PENALTIES

Counts 1-4:   NL 5 yrs./NM 40 yrs./$2,000,000/both/NL 4 yrs. Supervised Release  (each count)
              (With prior felony drug conviction:  NL 10 yrs./NM Life/$4,000,000/NL 8 yrs. Supervised Release)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

  Misdemeanor:  $ 25 per count/individual          Felony:  $100 per count/individual
                $125 per count/other                        $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987</u>:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.

18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR2-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

JAMES A. BLANDING, JR. A/K/A "BJ"

## INDICTMENT
Title 21, U.S.C. §§841(a)(1); 841(b)(1)(B) and 853:
**Distribution of Crack Cocaine; Forfeiture.**

*A true bill.*

_____
*Foreman*

*Filed in open court this 11th day of January 2011*

FILED

JAN 11 2011  *Clerk*

Bail, $

VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK